# Exhibit 1

# United States of America
## United States Patent and Trademark Office

# COSRX

**Reg. No. 6,481,892**
**Registered Sep. 14, 2021**
**Int. Cl.: 5**
**Trademark**
**Principal Register**

JUN, Sang Hun (KOREA, REPUBLIC OF INDIVIDUAL)
204ho 109dong
62, Dongbaek 5-ro, Giheung-gu
Yongin-si, Gyeonggi-do, REPUBLIC OF KOREA 17005

CLASS 5: Adhesive plasters for medical purposes; Bandages for dressings; Bandages for skin wounds; Plasters for medical purposes; Pre-moistened medicated tissues; Transdermal patches for use in the treatment of skin wounds; Wound dressings

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0012201, FILED 01-22-2020, REG. NO. 40-1707745, DATED 03-24-2021, EXPIRES 03-24-2031

The wording "COSRX" has no meaning in a foreign language.

SER. NO. 90-061,636, FILED 07-20-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# COSRX

**Reg. No. 7,284,973**
**Registered Jan. 23, 2024**
**Int. Cl.: 3**
**Trademark**
**Principal Register**

COSRX INC. (KOREA, REPUBLIC OF CORPORATION)
5F, 231, TEHERAN-RO, GANGNAM-GU,
SEOUL, REPUBLIC OF KOREA 06142

CLASS 3: Cosmetics; non-medicated skin care preparations; toners for cosmetic purposes; lotions for cosmetic purposes; oils for cosmetic purposes; non-medicated skin serums; non-medicated skin cream; non-medicated lip care preparations; sunscreen preparations; beauty masks; cosmetic facial masks; mask pack for cosmetic purposes; eye cream; skin cleansers; facial cleansers; cosmetic pads; patches containing non-medicated skin care preparations

FIRST USE 8-22-2014; IN COMMERCE 6-1-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-730,589, FILED 12-23-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# COSRX

**Reg. No. 5,271,842**

**Registered Aug. 22, 2017**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

JUN, Sang Hun (KOREA, REPUBLIC OF INDIVIDUAL)
19, Dongbaek 8-ro, Giheung-gu, Yongin-si
802 ho, 1606 dong
Gyeonggi-do REPUBLIC OF KOREA

CLASS 3: Cosmetics, namely, facial toner, facial cleansers, facial moisturizers, facial lotion, facial serums; Cosmetics for face and body, namely, skin essence, skin and body creams contained in ampules; Make-up; Eye creams; Cosmetic kits comprised of lipstick, lip gloss; Facial mask pack

FIRST USE 8-22-2014; IN COMMERCE 6-1-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF KOREA, REPUBLIC OF REG. NO. 0053095, DATED 01-05-2015, RENEWED AS REG. NO. 0053095 , EXPIRES 01-05-2025

SER. NO. 86-806,138, FILED 11-02-2015
WILLIAM D JACKSON, EXAMINING ATTORNEY



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

| **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION** |
|---|
| **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.** |

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h ttp://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# COSRX ADVANCED SNAIL

**Reg. No. 7,324,606**
**Registered Mar. 12, 2024**
**Int. Cl.: 3**
**Trademark**
**Principal Register**

COSRX INC. (REPUBLIC OF KOREA CORPORATION)
5F, 231, Teheran-ro, Gangnam-gu
Seoul 06142
REPUBLIC OF KOREA

CLASS 3: Tissues impregnated with cosmetic lotions; beauty masks; cosmetics; toilet water; lotions for cosmetic purposes; cosmetic preparations for baths; cosmetic preparations for skin care; astringents for cosmetic purposes; cosmetic creams; non-medicated toiletry preparations; non-medicated balms for use on skin; massage gels, other than for medical purposes; cleansers for intimate personal hygiene purposes, non medicated; oils for cosmetic purposes; lip glosses; make-up powder; make-up; sunscreen preparations; cream for whitening the skin; essential oils; serums for cosmetic purposes; non-medicated skin serums; eye cream; facial cleansers; skin cleansers; tissues impregnated with a skin cleanser; foam cleansers for personal use; gel eye patches for cosmetic purposes; patches containing sun screen and sun block for use on the skin; non-medicated lip care preparations; lip balm; toners for cosmetic purposes; skin toners; mask pack for cosmetic purposes; sheet masks for the face for cosmetic use; cosmetic facial packs; facial scrubs, non medicated; body scrubs, non medicated

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1720475 DATED 02-20-2023, EXPIRES 02-20-2033

No claim is made to the exclusive right to use the following apart from the mark as shown: "ADVANCED SNAIL"

SER. NO. 79-365,906, FILED 02-20-2023



*Katherine Kelly Vidal*
**Director of the United States Patent and Trademark Office**



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



Reg. No. 7,324,660
Registered Mar. 12, 2024
Int. Cl.: 3
Trademark
Principal Register

COSRX INC. (REPUBLIC OF KOREA CORPORATION)
5F, 231, Teheran-ro,
Gangnam-gu Seoul 06142
REPUBLIC OF KOREA

CLASS 3: Make-up; cosmetic preparations for baths; non-medicated cleansers for intimate personal hygiene purposes; sunscreen preparations; non-medicated toiletry preparations; cosmetic preparations for skin care; essential oils; massage gels, other than for medical purposes; non-medicated balms for use on skin; lip glosses; cream for whitening the skin; toilet water; lotions for cosmetic purposes; make-up powder; tissues impregnated with cosmetic lotions; beauty masks; astringents for cosmetic purposes; oils for cosmetic purposes; cosmetic creams; cosmetics; lip balm; non-medicated skin serums; non-medicated lip care preparations; serums for cosmetic purposes; patches containing sun screen and sun block for use on the skin; skin cleansers; tissues impregnated with a skin cleanser; skin toners; eye cream; foam cleansers for personal use; facial cleansers; cosmetic facial packs; non-medicated facial scrubs; non-medicated body scrubs; gel eye patches for cosmetic purposes; mask pack for cosmetic purposes; facial sheet masks for cosmetic use; toners for cosmetic purposes

The color(s) black and yellow are claimed as a feature of the mark.

The mark consists of the words "Advanced Snail" and two rectangles. The black words are inside a yellow rectangle and the left top and left bottom of the yellow rectangle are round-edge. The yellow rectangle is inside a right side of a black round-edge rectangle.

PRIORITY DATE OF 05-25-2023 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1744141 DATED 06-15-2023, EXPIRES 06-15-2033

No claim is made to the exclusive right to use the following apart from the mark as shown: "ADVANCED SNAIL"



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- **First Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- **Second Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



Reg. No. 7,324,657
Registered Mar. 12, 2024
Int. Cl.: 3
Trademark
Principal Register

COSRX INC. (REPUBLIC OF KOREA CORPORATION)
5F, 231, Teheran-ro,
Gangnam-gu Seoul 06142
REPUBLIC OF KOREA

CLASS 3: Make-up; cosmetic preparations for baths; non-medicated cleansers for intimate personal hygiene purposes; sunscreen preparations; non-medicated toiletry preparations; cosmetic preparations for skin care; essential oils; massage gels, other than for medical purposes; non-medicated balms for use on skin; lip glosses; cream for whitening the skin; toilet water; lotions for cosmetic purposes; make-up powder; tissues impregnated with cosmetic lotions; beauty masks; astringents for cosmetic purposes; oils for cosmetic purposes; cosmetic creams; cosmetics; lip balm; non-medicated skin serums; non-medicated lip care preparations; serums for cosmetic purposes; patches containing sun screen and sun block for use on the skin; skin cleansers; tissues impregnated with a skin cleanser; skin toners; eye cream; foam cleansers for personal use; facial cleansers; cosmetic facial packs; non-medicated facial scrubs; non-medicated body scrubs; gel eye patches for cosmetic purposes; mask pack for cosmetic purposes; facial sheet masks for cosmetic use; toners for cosmetic purposes

The color(s) black and yellow are claimed as a feature of the mark.

The mark consists of the words "Advanced Snail" and two rectangles. The black words are inside a yellow rectangle and the left top and left bottom of the yellow rectangle are round-edge. The yellow rectangle is inside a right side of a black round-edge rectangle.

PRIORITY DATE OF 05-25-2023 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1743699 DATED 06-15-2023, EXPIRES 06-15-2033

No claim is made to the exclusive right to use the following apart from the mark as shown: "ADVANCED SNAIL"

SER. NO. 79-375,721, FILED 06-15-2023



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.